1  JOHN E. FITZSIMMONS (Bar No. 182467)
   AMY E. BECKSTEAD (Bar No. 216422)
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel:  619-699-2972
4  Fax:  619-699-2701

5  Attorneys for Defendant
   TRINITI CORPORATION
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MIKE SUNSHINE, | CASE NO. C 07-1030 PJH |
| 12         Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** AND ORDER |
| 13     v. | |
| 14  TRINITI CORPORATION, and DOES 1-20, | Judge:   Hon. Phyllis J. Hamilton<br>Ctrm:    3 |
| 15         Defendants. | Complaint:   February 20, 2007 |

17

18      IT IS HEREBY STIPULATED by and between the parties to this

19  action through their designated counsel that the above-captioned

20  action be and hereby is dismissed in its entirety with prejudice

21  pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

22  Procedure.  As part of this stipulation, each party in this

23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

-1-

DLA PIPER US LLP
SAN DIEGO
SD\1733886.1
354881-3
CASE NO. C 07-1030 PJH
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1  action agrees that it will bear its own costs, fees, and expenses
2  associated with this action.
3  Dated: May ___, 2007

LAW OFFICES OF RUSSELL A. ROBINSON, APC


By _____
   RUSSELL A. ROBINSON
   Attorneys for Plaintiff
   MIKE SUNSHINE
   E-mail: rarcases@yahoo.com


10 Dated: May _1_, 2007

DLA PIPER US LLP


By _____
   JOHN E. FITZSIMMONS
   AMY E. BECKSTEAD
   Attorneys for Defendant
   TRINITI CORPORATION
   E-mail: john.fitzsimmons@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

SD\1733886.1
354881-3

-2-

CASE NO. C 07-1030 PJH
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1  action agrees that it will bear its own costs, fees, and expenses
2  associated with this action.
3  Dated:  May 1, 2007
4                                    LAW OFFICES OF RUSSELL A. ROBINSON, APC
5
6                                    By s/Russell A. Robinson
                                        RUSSELL A. ROBINSON
7                                       Attorneys for Plaintiff
                                        MIKE SUNSHINE
8                                       E-mail: rarcases@yahoo.com
9
10 Dated:  May 1, 2007
11
                                     DLA PIPER US LLP
12
13
                                     By s/John E. Fitzsimmons
14                                      JOHN E. FITZSIMMONS
                                        AMY E. BECKSTEAD
15                                      Attorneys for Defendant
                                        TRINITI CORPORATION
16                                      E-mail: john.fitzsimmons@dlapiper.com
17
18
19      5/17/07
20
                                   IT IS SO ORDERED
                                   [signature]
                                   Judge Phyllis J. Hamilton
                                   UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER US LLP
SAN DIEGO
SD\1733886.1
354881-3
-2-
CASE NO. C 07-1030 PJH
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE